UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )        BK No.:   11-42502
FREDA E. JACKSON                    )
                                    )        Chapter: 7
                                    )
                                    )        Honorable John H. Squires
                                    )
                                    )
            Debtor(s)               )

## FINAL ORDER LIFTING AUTOMATIC STAY

THIS MATTER Coming to be heard on the Motion of Movant, Larry Jackson's, to Lift the
Automatic Stay Regarding Divorce Proceedings, due notice having been given and the Court being
fully advised in the premises;

IT IS HEREBY ORDERED:

The Automatic Stay is lifted to the extent that the divorce proceedings in DuPage County Case
No. 11 D 504 (Larry Jackson v. Freda Jackson) may proceed and to allow the state court to issue
judgments and orders concerning (i) child custody, (ii) support; and (iii) the division of exempt
property.

Enter:        _signature_

Honorable John H. Squires
United States Bankruptcy Judge

Dated:   DEC - 9 2011

**Prepared by:**

Ross Schreiter, Martoccio & Martoccio
15 N. Lincoln St., Hinsdale, IL  60521
630-920-8855
Atty No. 6205866

PREVAILING PARTY SHALL FORTHWITH
SERVE A COPY OF THIS ORDER ON
THE DEBTOR(S) AND ALL PARTIES
ENTITLED TO NOTICE.